MANTHO, by guardian *ad litem,* Appellant, vs. MILLSPAUGH, Respondent.

For the appellant: *Cannon & Waldron* of Milwaukee.

For the respondent: *Shaw, Muskat & Sullivan* of Milwaukee.

*By the Court.*—Judgment affirmed.

*October 9, 1928.*

GUARDIANSHIP OF ZEITZ.

For the appellant: *Henry A. Gunderson* of Portage.

For the respondent: *Grady, Farnsworth & Walker* of Portage.

*By the Court.*—Order affirmed.

CANNIFF, Respondent, vs. TITTLE BROTHERS PACKING COMPANY, Appellant.

For the appellant: *Sutherland, Hughes & Sutherland* of Fond du Lac.

For the respondent: *Reilly & O'Brien* and *Frank W. Cosgrove,* all of Fond du Lac.

*By the Court.*—Judgment affirmed.